# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Marc Anthony Cota<br>Cristi Roundy Cota, | CASE NO. 20-00294-NGH |
| Debtor(s) | |

## AGREED ORDER MODIFYING DEBTORS' CONFIRMED PLAN

**THIS MATTER** coming before the Court by agreement of the Parties, Debtors having provided Trustee's office with proof of their current income demonstrating a significant increase in Marc Cota's income and the parties being in agreement that plan payments should increase by the amount needed to pay unsecured creditors 100% of their allowed claims, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Debtors' Plan is modified to increase payments to $3,400 per month commencing in June 2022 until all unsecured creditors receive 100% of their allowed claims.

**IT IS FURTHER ORDERED** that all other provisions contained in Debtors' confirmed Chapter 13 plan, as modified, shall remain in full force and effect. // end of text//

DATED: June 30, 2022



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Submitted by:

/s/_____
Kathleen McCallister, Trustee

/s/_____
Holly Sutherland, Counsel for Debtors